1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMMY J. MCAFEE, ET AL., | ) Case No.: 11-CV-00821-LHK |
| | ) |
| Plaintiffs, | ) ORDER SETTING BRIEFING |
| v. | ) SCHEDULE REGARDING |
| | ) DEFENDANT'S MOTION TO DISMISS |
| THOMAS FRANCIS, | ) |
| | ) (re: dkt. #17) |
| Defendant. | ) |
| | ) |

Upon reassignment of this action to the undersigned on May 3, 2011, Defendant re-noticed its motion to dismiss for a hearing on August 4, 2011. *See* Dkt. #17. The Court finds an expedited briefing schedule appropriate for Defendant's motion.

Accordingly, Plaintiffs' opposition is due by Wednesday, June 22, 2011, and Defendant's reply is due by Wednesday, June 29, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

_Lucy H. Koh_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00821-LHK
ORDER SETTING BRIEFING SCHEDULE