1  ROD K. TANNER, ESQ. (SBN 195479)
   Law Office of Rod K. Tanner
2  820 Sea Spray Lane #209
   Foster City, CA 94404
3  Tel: (650) 341-2123
   Fax: (650) 376-3660
4  rodtanner@comcast.net

5  Attorney for Plaintiffs
   JIMMY J. McAFEE, MONA SUTHERLAND,
6  and JAYNA SUTHERLAND

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JIMMY J. McAFEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS FRANCIS, et al. <br><br> Defendants. | Case No. CV-11-0821-LHK <br><br> Judge: Hon. Lucy H. Koh <br> Date: October 19, 2011 <br> Time: 1:30 p.m. <br><br> **REQUEST FOR COURT APPROVAL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE OF OCTOBER 19, 2011** |

Rod K. Tanner, counsel for plaintiffs, hereby requests Court approval for him to appear telephonically at the October 19, 2011 Case Management Conference for the above-referenced matter, in order to avoid driving to San Jose from Foster City for a brief conference.

Dated: June 16, 2011                     Respectfully submitted,
                                         ROD K. TANNER LAW OFFICE


                                         */s/ Rod K. Tanner*
                                         Rod K. Tanner, Attorney for Plaintiffs JIMMY
                                         J, McAFEE, MONA SUTHERLAND, and
                                         JAYNA SUTHERLAND