UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMMY J. McAFEE, et. al., | Case No.: 5:11-CV-00821-LHK |
| Plaintiffs, | ORDER GRANTING MOTION OF ROD K. TANNER TO WITHDRAW APPEARANCE; CONTINUING HEARING ON DEFENDANT FRANCIS' MOTION TO DISMISS; AND GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT NEPTUNE'S ACCOUNT'S MOTION TO QUASH AND DISMISS |
| v. | |
| THOMAS FRANCIS, et. al., | |
| Defendants. | |

On November 1, 2011, Attorney Rod K. Tanner ("Tanner"), Counsel of Record for Plaintiffs Jimmy J. McAfee, Jayna Sutherland, and Mona Sutherland (collectively "Plaintiffs") in this action, filed a Motion to Withdraw Appearance. *See* ECF No. 36. Tanner's stated grounds for his motion to withdraw are, *inter alia*, Plaintiffs' refusal to pay compensation for his legal services and refusal to consent to his withdrawal. *See* Mot. at 3-4. Plaintiffs subsequently consented on November 24, 2011 to substitution of Mark Lapham as counsel of record in place of Tanner. *See* ECF No. 46.

The Court finds this matter appropriation for resolution without oral argument. *See* Civil L.R. 7-1(b). The hearing on the Motion to Withdraw set for December 8, 2011 at 1:30 p.m. is

1

Case No.: 5:11-cv-00821-LHK
ORDER GRANTING ATTORNEY TANNER'S MOTION TO WITHDRAW; AND CONTINUING HEARING ON DEFENDANT FRANCIS' MOTION TO DISMISS; AND GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT NEPTUNE'S ACCOUNT'S MOTION TO QUASH AND DISMISS

accordingly VACATED. In light of Plaintiffs' consent to the substitution of counsel, and for good cause shown, the Court hereby GRANTS Tanner's Motion to Withdraw Appearance. *See* Civil L. R. 11-5; Cal. R. Prof. Conduct 3-700(C)(5) (permissive withdrawal allowed when client "knowingly and freely assents to termination of the employment"). In concurrently filed Orders, the Court GRANTS the substitution of Attorney Mark Lapham for Attorney Rod K. Tanner as counsel of record for all three Plaintiffs in this action.

In light of Plaintiffs' substitution of new counsel, the Court GRANTS Plaintiffs' Request for Extension of Time to Respond to Defendant Neptune's Account, LLC's ("Neptune's Account") Motion to Quash Service of Summons and Complaint and for Dismissal of Action for Lack of Personal Jurisdiction (ECF No. 37). *See* ECF No. 45. Plaintiffs' Opposition to Defendant Neptune's Account's Motion to Quash and to Dismiss is due January 16, 2012. Defendant Neptune's Account's Reply is due February 6, 2012. The hearing on that Motion remains as set on March 1, 2012, at 1:30 p.m.

Also in light of Plaintiffs' substitution of new counsel, the hearing on Defendant Thomas Francis' Motion to Dismiss is hereby continued from December 8, 2011 at 1:30 p.m. to March 1, 2012 at 1:30 p.m., to coincide with the hearing on Defendant Neptune's Account Motion to Quash and to Dismiss.

The case management conference set for December 8, 2011 at 1:30 p.m. remains as set. The parties shall file a Joint Case Management Statement by no later than Wednesday, December 7, 2011, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: December 5, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 5:11-cv-00821-LHK
ORDER GRANTING ATTORNEY TANNER'S MOTION TO WITHDRAW; AND CONTINUING HEARING ON DEFENDANT FRANCIS' MOTION TO DISMISS; AND GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT NEPTUNE'S ACCOUNT'S MOTION TO QUASH AND DISMISS