AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California, San Jose Division__

| | |
|---|---|
| JIMMY J. MCAFEE, et al.<br>Plaintiff (s),<br>V.<br>THOMAS FRANCIS, et al.<br>Defendant (s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: CV-110-0821-LHK |

Notice is hereby given that, subject to approval by the court, __Jimmy J. McAfee__ substitutes
(Party (s) Name)

__Mark Lapham__, State Bar No. __146352__ as counsel of record in
(Name of New Attorney)

place of __Rod K. Tanner (SBN 195479)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: MARK LAPHAM
    Address: 751 Diablo Rd., Danville, CA 94526
    Telephone: 925-857-9007    Facsimile
    E-Mail (Optional): MarkLapham@sbcglobal.net

I consent to the above substitution.
Date: 11-24-2011
(Signature of Party (s))

I consent to being substituted.
Date: 11/23/2011
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/23/11
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 5, 2011

*Lucy H. Koh*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]