AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California, San Jose Division__

| | |
|---|---|
| JIMMY J. MCAFEE, et al.<br>Plaintiff (s),<br>V.<br>THOMAS FRANCIS, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: CV-110-0821-LHK |

Notice is hereby given that, subject to approval by the court, __Jimmy J. McAfee__ substitutes
(Party (s) Name)

__Mark Lapham__, State Bar No. __146352__ as counsel of record in
(Name of New Attorney)

place of __Rod K. Tanner (SBN 195479)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: MARK LAPHAM
- Address: 751 Diablo Rd., Danville, CA 94526
- Telephone: 925-857-9007    Facsimile: _____
- E-Mail (Optional): MarkLapham@sbcglobal.net

I consent to the above substitution.
Date: 11-24-2011
_(Signature of Party (s))_  J.J. McAfee

I consent to being substituted.
Date: 11/23/2011
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 11/23/11
_(Signature of New Attorney)_  Mark Lapham

The substitution of attorney is hereby approved and so ORDERED.

Date: December 5, 2011
_Lucy H. Koh_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]