AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California, San Jose Division |

| | |
|---|---|
| JIMMY J. MCAFEE, et al.<br>Plaintiff (s),<br>V.<br>THOMAS FRANCIS, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: CV-110-0821-LHK |

Notice is hereby given that, subject to approval by the court, **Jayna Sutherland** substitutes
(Party (s) Name)

**Mark Lapham**, State Bar No. **146352** as counsel of record in
(Name of New Attorney)

place of **Rod K. Tanner (SBN 195479)**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: MARK LAPHAM
Address: 751 Diablo RD, Danville, CA 94526
Telephone: 925-837-9007   Facsimile
E-Mail (Optional): MarkLapham@sbcglobal.net

I consent to the above substitution.
Date: 11/24/11

(Signature of Party (s))

I consent to being substituted.
Date: 11/23/2011

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/23/11

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 5, 2011

Lucy H. Koh
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]