AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California, San Jose Division |

JIMMY J. MCAFEE, et al.
                Plaintiff(s),
V.
THOMAS FRANCIS, et al.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-110-0821-LHK

Notice is hereby given that, subject to approval by the court, __Jayna Sutherland__ substitutes
                (Party(s) Name)

__Mark Lapham__, State Bar No. __146352__ as counsel of record in
(Name of New Attorney)

place of __Rod K. Tanner (SBN 195479)__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name: MARK LAPHAM
  Address: 751 Diablo RD, Danville, CA 94526
  Telephone: 925-837-9007      Facsimile:
  E-Mail (Optional): MarkLapham@sbcglobal.net

I consent to the above substitution.
Date: 11/24/11
                                      */s/ Jayna Sutherland*
                                       (Signature of Party(s))

I consent to being substituted.
Date: 11/23/2011
                                     (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 11/23/11
                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 5, 2011
                                       *Lucy H. Koh*
                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]