AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California, San Jose Division |

JIMMY J. MCAFEE, et al.
        Plaintiff (s),
V.
THOMAS FRANCIS, et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-110-0821-LHK

Notice is hereby given that, subject to approval by the court, __Mona Sutherland__ substitutes
(Party (s) Name)

__Mark Lapham__, State Bar No. _146352_ as counsel of record in
(Name of New Attorney)

place of __Rod K. Tanner (SBN 195479)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: MARK LAPHAM
    Address: 751 Diablo Rd., Danville, CA 94526
    Telephone: 925-837-9007   Facsimile ___
    E-Mail (Optional): MarkLapham@sbcglobal.net

I consent to the above substitution.
Date: 11-24-11
                                    Mona Sutherland
                                    (Signature of Party (s))

I consent to being substituted.
Date: 11/23/2011
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/23/11
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 5, 2011
                                    Lucy H. Koh
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]