UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMMY J. McAFEE, an individual; MONA SUTHERLAND, an individual; JAYNA SUTHERLAND, an individual,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>THOMAS FRANCIS, an individual; WENDELL SPELL, an individual; NORTH GEORGIA EQUIPMENT SALES LLC; CORNERSTONE INTERNATIONAL INVESTMENTS LLC; NEPTUNE'S ACCOUNT LLC; and DOES 1-100,<br><br>　　　　　　Defendants. | Case No.: 11-cv-00821-LHK<br><br>ORDER GRANTING DEFENDANT NEPTUNE'S ACCOUNT, LLC'S MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT AND FOR DISMISSAL OF ACTION FOR LACK OF PERSONAL JURISDICTION<br><br>(re: dkt #37) |

Before the Court is Defendant Neptune's Account LLC's ("Neptune") motion to quash service of summons and Plaintiff's First Amended Complaint and to dismiss the action for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) ("Motion to Dismiss"). *See* ECF No. 37. On February 16, 2012, Plaintiff filed a Statement of Non-Opposition to Neptune's Motion to Dismiss, requesting that the case against Neptune be dismissed. ECF No. 57. Accordingly, the March 1, 2012 hearing on Neptune's Motion to Dismiss is VACATED, pursuant to Civil Local Rule 7-1(d), and Neptune's Motion to Dismiss is GRANTED. In light of this Order, the parties' stipulation to continue the March 1, 2012 hearing on Neptune's Motion to Dismiss and

1

Case No.: 11-cv-00821-LHK
ORDER GRANTING DEFENDANT NEPTUNE'S ACCOUNT LLC'S MOTION TO DISMISS

the March 1, 2012 case management conference is DENIED as moot.  The March 1, 2012 case management conference remains as set for all parties that remain in the action.

**IT IS SO ORDERED.**

Dated: February 21, 2012

_____
LUCY H. KOH
United States District Judge