UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JIMMY J. McAFEE, et. al., | ) | Case No.: 5:11-CV-0821-LHK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | MINUTE ORDER AND CASE |
| v. | ) | MANAGEMENT ORDER |
| | ) | |
| THOMAS FRANCIS, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Clerk: Martha Parker Brown         Plaintiff Attorney: Mark Lapham
Reporter: Lee-Anne Shortridge      Defendant Francis' Attorney: Alex F. Pevzner
Length of hearing: 21 minutes

    A case management conference was held on March 1, 2012. The Court also held a hearing on Defendant Francis's motion to dismiss and will issue an order on that motion in due course. A further case management conference is scheduled for May 23, 2012 at 2:00 p.m.

    By March 5, 2012, Defendant's counsel will file a status report advising the Court of the status of the three state court actions against Richard Sutherland pending in Santa Clara County Superior Court, as identified in the parties' February 27, 2012 Joint Case Management Statement, as well as the impact, if any, of the state cases on this action.

    By March 9, 2012, Plaintiff will dismiss Defendants Wendell Spell; North Georgia Equipment Sales, LLC; and Cornerstone International Investments, LLC, none of whom have yet been served in this action.

    Also by March 9, 2012, Plaintiffs Jayna Sutherland and Mona Sutherland will file their respective motions to sever their claims from Plaintiff Jimmy McAfee's claims and to remand their cases to state court.

    The case schedule as established by the December 8, 2011 case management order remains as set.

**IT IS SO ORDERED.**

Dated: March 1, 2012

                                            _Lucy H. Koh_
                                            LUCY H. KOH
                                            United States District Judge