Law Offices of Mark W. Lapham
Mark W. Lapham, ESQ. (SBN 146352)
751 Diablo Rd.
Danville, California 94526
Telephone:   (925) 837-9007
Facsimile:   (650) 738-0375

Attorneys for Plaintiff's
Jimmy McAfee, Mona Sutherland, and Jayna Sutherland

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY J. MCAFEE, MONA SUTHERLAND, and JAYNA SUTHERLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS FRANCIS, individually; WENDELL SPELL, individually, NORTH GEORGIA EQUIPMENT SALES, LLC, CORNERSTONE INTERNATIONAL INVESTMENTS, LLC, NEPTUNE'S ACCOUNT, LLC and DOES 1-100,<br><br>Defendants. | Case No. CV 11-00821 LHK<br><br>Judge: Hon. Lucy H. Koh<br>Date:   June 28, 2012<br>Time: 1:30 p.m.<br>Courtroom: 8<br><br>STIPULATION AND PROPOSED ORDER MOVING THE ALLOWABLE TIME FOR PLAINTIFF'S ANSWER TO NEPTUNE'S MOTION FOR SANCTIONS AND ATTORNEY'S FEES AND NEPTUNES TIME TO FILE A REPLY BRIEF BY 14 DAYS.<br><br>Complaint Filed:   October 24, 2010 |

## STIPULATION

Plaintiff's and Defendant Neptune's Account, LLC, hereby stipulate through their respective counsel as follows: Time for Plaintiff's to answer and respond to Defendant Neptune's Account LLC's motion for sanctions and attorney's fees originally due on the 20th of March, 2012, shall be extend by 14 days, to the 3rd of April, 2012. Likewise, Defendant Neptune's Account LLC's time to file a reply brief shall be extended 14 days until the 17th of April, 2012.

IT IS SO STIPULATED:


DATED This 15th day of March, 2012.

Dated: March 15, 2012         LAW OFFICES OF MARK W. LAPHAM

                              By: /s/ Mark W. Lapham
                              MARK W. LAPHAM
                              Attorney for Plaintiffs
                              JIMMY J. McAFEE, MONA SUTHERLAND, and
                              JAYNA SUTHERLAND

Dated:  March 15, 2012        BUCKLEY KING LPA

                              /s/ Paul D. Sheldon
                              PAUL D. SHELDON, SBN 143087

                              10655 Park Run Drive, Suite 190

                              Las Vegas, Nevada 89144

                              Attorney for Defendant Neptune's Account


                              ORDER

The time for Plaintiff's to file an answer to Defendant Neptune's Account's motion for attorney's fees and sanctions shall be extended by 14 days to the 3rd of April, 2012 for Plaintiff's to file an answer and the time for Defendant Neptune's Account to file a reply brief shall also be extended 14 days until the 17th of April, 2012.

   IT IS SO ORDERED.

Dated: March 19, 2012                     /s/ Lucy H. Koh
                                          HONORABLE LUCY H. KOH
                                          UNITED STATES DISTRICT JUDGE

**AFFIDAVIT OF MARK W. LAPHAM, ATTORNEY AT LAW**

I, Mark W. Lapham, hereby declare under penalty of perjury the following:

1. I requested from Paul Sheldan, attorney for Neptune's Account, LLC, a 14-day continuance to respond to his motion for sanctions and attorney's fees. I indicated to him that my schedule was very busy and that I needed more time to respond to the motion property.

2. He said that the 2-week extension was all right with him provided the time to file a reply brief would also be extended by 14 days.

Subscribed and sworn this 15th day of March, 2012

*[signature]*

Mark W. Lapham