UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

JIMMY MCAFEE, et al.,
    Plaintiffs,

v.

THOMAS FRANCIS,
    Defendant.

No. C 11-0821 LHK

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: April 4, 2012
Mediator: William Alderman

IT IS HEREBY ORDERED that the request to excuse defendant Thomas Francis from appearing in person at the April 4, 2012, mediation before William Alderman is GRANTED. Dr. Francis shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the telephonic appearance by the individuals is interfering with the mediation process, the mediator may decide to terminate the telephonic appearances and set a new mediation date with personal appearances required.

IT IS SO ORDERED.

March 26, 2012
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge