Law Offices of Mark W. Lapham
Mark W. Lapham, ESQ. (SBN 146352)
751 Diablo Rd.
Danville, California 94526
Telephone: (925) 837-9007
Facsimile: (650) 738-0375

Attorneys for Plaintiff's
Jimmy McAfee, Mona Sutherland, and Jayna Sutherland

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY J. MCAFEE, MONA SUTHERLAND, and JAYNA SUTHERLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS FRANCIS, individually; WENDELL SPELL, individually, NORTH GEORGIA EQUIPMENT SALES, LLC, CORNERSTONE INTERNATIONAL INVESTMENTS, LLC, NEPTUNE'S ACCOUNT, LLC and DOES 1-100,<br><br>Defendants. | Case No. CV 11-00821 LHK<br><br>Judge: Hon. Lucy H. Koh<br>Date: June 28, 2012<br>Time: 1:30 p.m.<br>Courtroom: 8<br><br>**STIPULATION AND PROPOSED ORDER MOVING THE ALLOWABLE TIME FOR PLAINTIFF'S ANSWER TO NEPTUNE'S MOTION FOR SANCTIONS AND ATTORNEY'S FEES AND NEPTUNES TIME TO FILE A REPLY BRIEF BY 14 DAYS.**<br><br>Complaint Filed: October 24, 2010 |

### STIPULATION

Plaintiff's and Defendant Neptune's Account, LLC, hereby stipulate through their respective counsel as follows: Plaintiff's attorney, Mark W. Lapham, is currently in settlement negotiations with Defendant Thomas Francis and his attorney, Alex Pevzner. These settlement negotiations include a settlement of all claims and motions and causes of action, including the current Motion for Attorney's fees and sanctions. As a result, Plaintiff seeks a 14 day continuance to file a reply to Defendant's motion while the Parties are attempting to settle this case. The Time for Plaintiff's to answer and respond to Defendant Neptune's Account LLC's motion for sanctions and attorney's fees originally due on the 20th of March, 2012, shall be extended by 14 days, to the

17th of April, 2012.  Likewise, Defendant Neptune's Account LLC's time to file a reply brief shall be extended 14 days until the 1st of May ~~of April~~, 2012.

IT IS SO STIPULATED:

DATED This 29th day of March, 2012.

Dated: March 29, 2012

LAW OFFICES OF MARK W. LAPHAM

By: _/s/ Mark W. Lapham_
MARK W. LAPHAM
Attorney for Plaintiffs
JIMMY J. McAFEE, MONA SUTHERLAND, and JAYNA SUTHERLAND

Dated: March 29, 2012

BUCKLEY KING LPA

_/s/ Paul D. Sheldon_
PAUL D. SHELDON, SBN 143087

10655 Park Run Drive, Suite 190

Las Vegas, Nevada 89144

Attorney for Defendant Neptune's Account

ORDER

The time for Plaintiff's to file an answer to Defendant Neptune's Account's motion for attorney's fees and sanctions shall be extended by 14 days to the 17th of April, 2012 for Plaintiff's to file an answer and the time for Defendant Neptune's Account to file a reply brief shall also be extended 14 days until the 1st of May, 2012.

In light of the parties' representations made above, the parties shall file a notice of settlement or dismissal with prejudice by no later than April 17, 2012, or if unable to do so, a status report stating that the case did not settle.  This is the parties' second extension on the briefing schedule for Defendant Neptune's Account's motion.  No further extensions will be granted.

IT IS SO ORDERED.
Dated: April 2, 2012

_/s/ Lucy H. Koh_
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE