FERDIE F. FRANKLIN, State Bar No. 61165
ffranklin@wfbm.com
ALEXANDER F. PEVZNER, State Bar No. 221606
apevzner@wfbm.com
ALEX K. WORGAFTIK, State Bar No. 280490
aworgaftik@wfbm.com
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:  (415) 781-7072
Facsimile:  (415) 391-6258

Attorneys for Defendant
THOMAS E. FRANCIS, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JIMMY McAFEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS E. FRANCIS, et al., <br><br> Defendants. | Case No. CV-11-0821-LHK <br><br> [~~PROPOSED~~] ORDER GRANTING THOMAS E. FRANCIS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED <br><br> [N.D. Cal. Civ. L.R. 3-12, 7-11] |
| RICHARD SUTHERLAND, as assignee of NIGEL ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS E. FRANCIS, <br><br> Defendant. | Case No. CV-12-05110-~~PSG~~ |

Defendant Thomas E. Francis ("Francis") moves this Court, pursuant to Local Rules 3-12 and 7-11, of the Civil Local Rules for the Northern District of California, for an order relating *Richard Sutherland, as Assignee of Nigel Allen, et al., v. Thomas E. Francis*, Case No. 5:12-CV-05110-~~PSG~~, to previously filed case *Jimmy McAfee, et al. v. Thomas Francis, et al.*, Case No. CV-

-1-

[~~PROPOSED~~] ORDER GRANTING THOMAS E. FRANCIS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CASE NO. CV-11-0821-LHK

2235627.1
3743-3.3210

11-0821-LHK.

The Court, having considered the briefs and other documents in support of and in opposition to the motion and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Francis' Administrative Motion to Consider Whether Cases Should Be Related is GRANTED. *Richard Sutherland, as Assignee of Nigel Allen, et al., v. Thomas E. Francis*, Case No. 5:12-CV-05110 ~~PSG~~, is related to previously filed case *Jimmy McAfee, et al. v. Thomas Francis, et al.*, Case No. CV-11-0821-LHK. Accordingly, *Richard Sutherland, as Assignee of Nigel Allen, et al., v. Thomas E. Francis*, Case No. 5:12-CV-05110-~~PSG~~, shall be reassigned to the Honorable Lucy H. Koh.

IT IS SO ORDERED.

Dated: January 28, 2013

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

-2-
[~~PROPOSED~~] ORDER GRANTING THOMAS E. FRANCIS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CASE NO. CV-11-0821-LHK

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW

2235627.1
3743-3.3210