1  FERDIE F. FRANKLIN, State Bar No. 61165
   ffranklin@wfbm.com
2  ALEXANDER F. PEVZNER, State Bar No. 221606
   apevzner@wfbm.com
3  ALEX K. WORGAFTIK, State Bar No. 280490
   aworgaftik@wfbm.com
4  WALSWORTH FRANKLIN BEVINS & McCALL, LLP
   601 Montgomery Street, Ninth Floor
5  San Francisco, California 94111-2612
   Telephone:   (415) 781-7072
6  Facsimile:   (415) 391-6258

7  Attorneys for Defendant
   THOMAS E. FRANCIS, M.D.
8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | JIMMY McAFEE, et al.,                          | Case No. CV-11-0821-LHK
13 |         Plaintiffs,                            | [PROPOSED] ORDER GRANTING
                                                      THOMAS E. FRANCIS'
14 |    v.                                          | ADMINISTRATIVE MOTION TO
                                                      CONSIDER WHETHER CASES
15 | THOMAS E. FRANCIS, et al.,                     | SHOULD BE RELATED
16 |         Defendants.                            | [N.D. Cal. Civ. L.R. 3-12, 7-11]
17
18 | RICHARD SUTHERLAND, as assignee of
   | NIGEL ALLEN, et al.,                           | Case No. CV-12-05110-PSG
19 |         Plaintiffs,
20 |    v.
21 | THOMAS E. FRANCIS,
22 |         Defendant.

23

24

25      Defendant Thomas E. Francis ("Francis") moves this Court, pursuant to Local Rules 3-12

26 and 7-11, of the Civil Local Rules for the Northern District of California, for an order relating

27 *Richard Sutherland, as Assignee of Nigel Allen, et al., v. Thomas E. Francis*, Case No. 5:12-CV-

28 05110-PSG, to previously filed case *Jimmy McAfee, et al. v. Thomas Francis, et al.*, Case No. CV-

-1-

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING THOMAS E. FRANCIS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED; CASE NO. CV-11-0821-LHK

2235627.1
3743-3.3210

11-0821-LHK.

The Court, having considered the briefs and other documents in support of and in opposition to the motion and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Francis' Administrative Motion to Consider Whether Cases Should Be Related is GRANTED. *Richard Sutherland, as Assignee of Nigel Allen, et al., v. Thomas E. Francis*, Case No. 5:12-CV-05110 ~~PSG~~, is related to previously filed case *Jimmy McAfee, et al. v. Thomas Francis, et al.*, Case No. CV-11-0821-LHK. Accordingly, *Richard Sutherland, as Assignee of Nigel Allen, et al., v. Thomas E. Francis*, Case No. 5:12-CV-05110-~~PSG~~, shall be reassigned to the Honorable Lucy H. Koh.

IT IS SO ORDERED.

Dated: January 28, 2013

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

-2-
[~~PROPOSED~~] ORDER GRANTING THOMAS E. FRANCIS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CASE NO. CV-11-0821-LHK

2235627.1
3743-3.3210